█ Arsenio Leiva, Respondent, v Marietta Trucking Corp. et al., Defendants, and General Battery Corp. et al., Appellants. (And a Third-Party Action.) [708 NYS2d 294] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered December 3, 1999, which, *inter alia*, granted plaintiff leave to amend his complaint to add a demand for punitive damages, unanimously affirmed, with costs.

The motion court properly exercised its discretion in granting plaintiff leave to amend (*see, Pchelka v Loomis-Root, Inc.*, 210 AD2d 889), since plaintiff's proposed amendment was not "plainly lacking in merit" (*Rahn v Carkner*, 241 AD2d 585, 586). Defendants-appellants were not impermissibly prejudiced by the amendment, since they had not changed position materially or given up a right in reliance on the unamended complaint (*see, U.S. Cablevision Corp. v Theodoreu*, 192 AD2d 835, 837). This, moreover, is not a situation in which the party seeking leave to amend knowingly slept on his or her rights (*cf., Balport Constr. Co. v New York Tel. Co.*, 134 AD2d 309, 312). Concur—Ellerin, J. P., Wallach, Saxe and Buckley, JJ.